# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KATHLEEN MARIE HYDAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:21-cv-1488-LSC-GMB |
| ) | |
| CHAD GARRETT, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 11) on December 16, 2022, recommending that the petition for a writ of habeas corpus (Doc. 1) be dismissed with prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. A final judgment will be entered.

**DONE** and **ORDERED** on January 18, 2023.

L. Scott Coogler
United States District Judge

160704